Patrick M. Howe (SBN 154669)
pat@patrickhowelaw.com
PATRICK HOWE LAW, APC
600 W. Broadway, Ste. 700
 San Diego, CA 92101
(619) 504-8785 Phone
(619) 452-2507 Fax

Attorney for plaintiff
United Financial Casualty Company

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FINANCIAL CASUALTY CO., | Case No.:   2:25-cv-02934-DJC |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISSAL OF ACTION; ORDER THEREON** |
| UNITED SPECIALTY INSURANCE CO., | |
| Defendant. | |

1

STIPULATION TO DISMISSAL OF ACTION; ORDER THEREON

Pursuant to Fed. R. Civ. P. 41, the parties, through their respective counsel of record, stipulate to the Court entering an order dismissing this entire action, with prejudice, each party to bear its own fees and costs.

IT IS SO STIPULATED.

February 25, 2026                              PATRICK HOWE LAW, APC

                                              By:    s/ Patrick M. Howe
                                              Patrick M. Howe
                                              Attorney for plaintiff
                                              United Financial Casualty Company


February 25, 2026                              WOOLLS PEER DOLLINGER & SCHER

                                              By:    s/ Ryan C. McKim
                                              Ryan C. McKim
                                              Attorneys for defendant
                                              United Specialty Insurance Company

                                              (Signature authorized on February 25, 2026)


**ORDER**

IT IS SO ORDERED.

February 26, 2026                              /s/ Daniel J. Calabretta
                                              THE HONORABLE DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISSAL OF ACTION; ORDER THEREON